IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CODY HUENNEKENS,

      Appellant,

v.

Case No.  5D22-857
LT Case No. 2019-CF-002278-B

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed March 14, 2023

Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

Matthew J. Metz, Public Defender,
and Allison A. Havens, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.


WALLIS, EDWARDS and HARRIS, JJ., concur.